THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW HILL, Appellant. (Appeal No. 2.) [678 NYS2d 564] —Judgment unanimously affirmed. Same Memorandum as in *People v Hill* (254 AD2d 726 [decided herewith]). (Appeal from Judgment of Oneida County Court, Merrell, J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.